Scanned 10/10/2023

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 06 2023

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

KIMBERLY ARNOLD )
Plaintiff, )

vs. )

FC HUNTERS GLEN d/b/a WATERS EDGE APARTMENTS; )

SANDY SPRINGS PROPERTIES KI LLC )

MCDOWELL PROPERTIES; )

W. PATRICK MCDOWELL; in his official capacity as Owner and CEO of McDowell Properties )

COLIN SANTOS; in his official capacity as Sr. VP of Asset Management and Construction Services of McDowell Properties )

WELLER MANAGEMENT; )

BH MANAGEMENT; )

JOHANNA NOWICK; in her official capacity as Area VP for BH Management )

ADAM JOFFE; )

CASE NO. **1:23-CV-01913-SCJ**

**COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMAND**

DAVID GATES;
in his official capacity as
Executive Vice President of
Weller Management

NANCY CROLLEY;
in her official capacity as
Regional Property Manager of
Weller Management

MARILYN PUMPHREY;
in her official capacity as
Property Manager of
Water's Edge Apartments

GOODMAN MCGUFFEY LLP;

STEPHANIE GLICKAUF; and

PEACHTREE MITIGATION
Defendants.

## NOTICE TO FILE ELECTRONIC MEDIA

Please find in this envelope the flash drive containing all electronically stored information as mentioned on the Exhibit List for case 1:23-CV-01913-SCJ. The first flash drive was submitted with the second amended complaint and was lost by the clerks office, as the documents were uploaded but the information on the flash drive was not when both was in the same envelope.

Respectfully submitted this 4th day of October, 2023.

Kimberly Arnold
8601 Roberts Drive
Apt 8-11
Sandy Springs, GA 30350
770.966.6437
27.kimberlyarnold30@gmail.com

FROM: (770) 966-6437
Ranessa Arnold

8601 ROBERTS DR
8-11
Sandy Springs GA 30350
US

SHIP DATE: 04OCT23
ACTWGT: 0.50 LB
CAD: 258840508/INET4535
DIMMED: 10 X 13 X 10 IN

BILL SENDER

TO Kevin P. Weimer

2211 United States Courthouse
75 Ted Turner Drive
ATLANTA GA 30303 (US)
(404) 215-1655 REF:
INV:
PO: DEPT:

583J9/3D0A/9AE3

FedEx Ground

G

J2312307310 1uv

TRK# 7736 2339 4953

ASR
30303

9632 0151 6 (000 000 0000) 0 00 7736 2339 4953

KEVIN P. WEIMER
75 TED TURNER DR SW
2211 UNITED STATES COURTHOUSE
ATLANTA GA
30303-3343-99
G
411-2589
ETP: 1 SP:PD:100:Y
96320151602009233968007736233394953