IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMBERLY ARNOLD,

   Plaintiff,

v.

FC HUNTERS GLEN d/b/a WATERS
EDGE APARTMENTS; et al.,

   Defendants.

CIVIL ACTION FILE

No. 1:23-CV-1913-SCJ

ORDER

On November 15, 2023, this Court conducted a frivolity review of Plaintiff's Second Amended Complaint and determined that it was a shotgun pleading. Doc. No. [7]. Plaintiff was given leave to file a Third Amended Complaint to correct the deficiencies identified by the Court's comprehensive Order within thirty days. Id. at 10. She was warned that failure to correct the deficiencies identified in the Order may result in dismissal of her claims with prejudice. Id. The time for filing her amended pleading has expired, and Plaintiff

has filed nothing. Accordingly, this action is **HEREBY DISMISSED WITH PREJUDICE**. See L.R. 41.3(A)(2).

IT IS SO ORDERED this  3rd  day of January, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE