**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KIMBERLY ARNOLD,

Plaintiff,

v.

FC HUNTERS GLEN dfb/a WATERS EDGE APARTMENTS; et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:23-cv-01913-SCJ

**J U D G M E N T**

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, Plaintiff having failed to timely respond, it is,

Ordered and Adjudged that the action be, and the same hereby, is dismissed with prejudice pursuant to Local Rule 41.3(A)(2), for failure to comply with a court order.

Dated at Atlanta, Georgia, this 3rd day of January, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Shane Gazaway
Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
January 3, 2024
Kevin P. Weimer
Clerk of Court

By: s/Shane Gazaway
Deputy Clerk