RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 30303330999 *1991-01769-07-21
NIXIE 300 7E 1 0202/07/24

OFFICIAL BUSINESS

ATLANTA METRO 301
4 JAN 2024 PM 13 L

Hasler
01/03/2024
US POSTAGE
$00.63⁰
FIRST-CLASS MAIL
ZIP 30501
011D11631202

CLEARED DATE
FEB 15 2024
U.S. Marshals Service
Atlanta, GA

CLEARED DATE
FEB 15 2024
U.S. Marshals Service
Atlanta, GA

505

## Other Orders/Judgments

1:23-cv-01913-SCJ Arnold v. FC Hunters Glen et al

4months,SUBMDJ

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 1/3/2024 at 12:16 PM EST and filed on 1/3/2024

**Case Name:** Arnold v. FC Hunters Glen et al
**Case Number:** 1:23-cv-01913-SCJ
**Filer:**
**Document Number:** 8

**Docket Text:**
**Order to Dismiss with prejudice. Plaintiff was given leave to file a Third Amended Complaint to correct the deficiencies identified by the Court's comprehensive Order within thirty days. The time for filing her amended pleading has expired, and Plaintiff has filed nothing. Signed by Judge Steve C. Jones on 1/03/2024. (rsg)**

**1:23-cv-01913-SCJ Notice has been electronically mailed to:**

**1:23-cv-01913-SCJ Notice has been delivered by other means to:**

Kimberly Arnold
8601 Roberts Drive
Apt 8-11
Sandy Springs, GA 30350

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=1/3/2024] [FileNumber=13739066-0
] [ab112cf4ad40bfcefb7612b8dab93b46ad58a0f32330b80624998e33866dfa422e4
75fea9038fdee730ecd387eb5e6401974f044fcb2f3e03b4cdba4c566ce2f]]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>FC HUNTERS GLEN d/b/a WATERS EDGE APARTMENTS; et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>No. 1:23-CV-1913-SCJ |

## ORDER

On November 15, 2023, this Court conducted a frivolity review of Plaintiff's Second Amended Complaint and determined that it was a shotgun pleading. Doc. No. [7]. Plaintiff was given leave to file a Third Amended Complaint to correct the deficiencies identified by the Court's comprehensive Order within thirty days. Id. at 10. She was warned that failure to correct the deficiencies identified in the Order may result in dismissal of her claims with prejudice. Id. The time for filing her amended pleading has expired, and Plaintiff

has filed nothing. Accordingly, this action is **HEREBY DISMISSED WITH PREJUDICE.** See L.R. 41.3(A)(2).

**IT IS SO ORDERED** this 3rd day of January, 2024.

Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

## Other Events

1:23-cv-01913-SCJ Arnold v. FC Hunters Glen et al **CASE CLOSED on 01/03/2024**

4months,CLOSED

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 1/3/2024 at 12:30 PM EST and filed on 1/3/2024

**Case Name:** Arnold v. FC Hunters Glen et al
**Case Number:** 1:23-cv-01913-SCJ
**Filer:**
**WARNING: CASE CLOSED on 01/03/2024**
**Document Number:** 9

**Docket Text:**
**CLERK'S JUDGMENT dismissing this action with prejudice. (rsg)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist--**

**1:23-cv-01913-SCJ Notice has been electronically mailed to:**

**1:23-cv-01913-SCJ Notice has been delivered by other means to:**

Kimberly Arnold
8601 Roberts Drive
Apt 8-11
Sandy Springs, GA 30350

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=1/3/2024] [FileNumber=13739108-0
] [708a47ffbee7fc782bd5920fe0c8ee353a39d9793a88c0444b8e2c8fcf8da58c8dc
7ebbbb4c0469d9ceaa91dfd7554b9615fe18195bd3b51d8c3932421bd004b]]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KIMBERLY ARNOLD,<br>Plaintiff,<br>v.<br>FC HUNTERS GLEN dfb/a WATERS EDGE APARTMENTS; et al.,<br>Defendants. | CIVIL ACTION FILE<br>NO. 1:23-cv-01913-SCJ |

**JUDGMENT**

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, Plaintiff having failed to timely respond, it is,

Ordered and Adjudged that the action be, and the same hereby, is dismissed with prejudice pursuant to Local Rule 41.3(A)(2), for failure to comply with a court order.

Dated at Atlanta, Georgia, this 3rd day of January, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Shane Gazaway
Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
January 3, 2024
Kevin P. Weimer
Clerk of Court

By: s/Shane Gazaway
Deputy Clerk

Kimberly Arnold
8601 Roberts Drive
Apt 8-11
Sandy Springs, GA 30350